Thomas F. Byrnes, Respondent, v. Frank J. Tyler and Another, Impleaded, etc., Appellants.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Charles Dusenberry, Jr., and Others, Respondents, v. Sagamore Development Company and Others, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Isaac Goldowitz, Plaintiff, v. Robert Gair Company, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Anna Isabelle Hutchinson. Respondent, v. Joseph T. McCaddon and Another, Individually and as Executors, etc., Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of Walter H. Cragg, an Attorney.— Matter referred to the Hon. Josiah T. Marean, official referee, to take proof and report to the court, with his recommendation. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of the Application of Edward J. Flynn for Admission to the Bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of the Probate of a Paper Writing Purporting to Be the Last Will and Testament of Sarah H. Pattison, Deceased.— Motion granted, with costs as to all the appellants except those represented by James L. Bishop, Esq., as to whom it is denied. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

John H. Keegan, as Administrator, etc., Respondent, v. Lord Electric Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.